**Law Office of Donald J. Weiss**
363 7th Avenue 4th Floor
New York, New York 10001
212-967-4440
DJWLAW@MINDSPRING.COM

October 11, 2017

Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Roldan v. Carmine Restaurant Inc. d/b/a Il Cortile and 227 West LLC
    Case # 17Civ0872

Dear Judge Gardephe :

    This letter constitutes a joint status report, in accordance with your last Order. An initial case management conference was held on July 6, 2017. Based on defendants' request to attempt to settle the matter, no discovery order was entered. A site inspection was held on August 9, 2017. In the 3 months since the conference, the parties have been unable to resolve the issue as to what defendants are obligated to provide to increase access at the premises. While we are continuing our discussions, at this point, it is not clear that we will be able to reach a resolution. As such, it is respectfully requested that a discovery order be entered so that the case may move forward and discovery may take place to resolve the outstanding issues between the parties.

    A proposed management plan is attached. At defendant Carmine's request, the proposed dates are extended out 30 days beyond the norm in the hope by defendant's counsel that further discussion will prove fruitful.

                                                  Very truly yours,

                                                 *Donald J. Weiss*

                                                 Donald J. Weiss